UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Gamada A. Hussein, | Case No. 21-mc-0064 (WMW) |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, *U.S. Attorney General*, et al., | |
| Defendants. | |

---

This matter is before the Court on Plaintiff Gamada A. Hussein's request for authorization to file a new civil action. (Dkt. 1.) Hussein is restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer of this District. *See Gamada v. Whitaker*, No. 19-cv-0292 (JRT/HB), Dkt. 37 (D. Minn. Sept. 18, 2019). Upon review, the Court concludes that Hussein's proposed civil action lacks an arguable basis in either fact or law and, therefore, is frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). Accordingly, the request for authorization is denied and this proceeding shall be closed. The Court also certifies that any appeal taken from this denial would not be in good faith and, therefore, any request to proceed *in forma pauperis* on appeal will be denied on that basis. *See* Fed. R. App. P. 24(a)(3)(A).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 6, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge