UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gamada A. Hussein, | Case No. 21-mc-0064 (WMW) |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland et al., | |
| Defendants. | |

Before the Court is Plaintiff Gamada A. Hussein's application to proceed *in forma pauperis* (IFP) on appeal from the Court's denial of authorization to proceed in this matter.[1] (Dkt. 5.) In denying Hussein's request for authorization, this Court expressly found that an appeal of the denial could not be taken in good faith and that any request to proceed IFP on appeal would be denied accordingly. The Court remains satisfied that this is true and denies Hussein's appellate IFP application on that basis. Hussein's pending motion to expedite consideration of the IFP application is denied as moot.

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Plaintiff Gamada A. Hussein's application to proceed *in forma pauperis* on appeal, (Dkt. 5), is **DENIED**.

---

[1] Due to prior vexatious conduct, Hussein is restricted from filing new cases in this District unless he is represented by counsel or receives advance authorization to proceed from a judicial officer of this District. *See Gamada v. Whitaker*, No. 19-cv-0292 (JRT/HB), Dkt. 37 (D. Minn. Sept. 18, 2019).

2. Plaintiff Gamada A. Hussein's motion to expedite consideration of his *in forma pauperis* application, (Dkt. 6), is **DENIED AS MOOT**.

Dated: December 3, 2021                                        s/Wilhelmina M. Wright
                                                                                     Wilhelmina M. Wright
                                                                                     United States District Judge